UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY BRAXTON,

                Plaintiff,        18 cv 7242 (JGK)

    - against -            ORDER

STUART BENSON, ET AL.

                Defendants.

JOHN G. KOELTL, District Judge:

The Clerk is directed to close this case. The matter has concluded pursuant to the final judgment entered in In re Helios & Matheson Analytics, Inc., Sec. Litig., No. 18-cv-6965. See Helios, ECF No. 143.

    SO ORDERED.

Dated:    New York, New York
           June 17, 2021

                                        John G. Koeltl
                                   United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/2021